**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 0 2015

JAMES W. McCORMACK, CLERK
By_____
DEP CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GRACE MANUFACTURING, INC.,

      Plaintiff,

v.

AMAZON.COM, INC.,

      Defendant.

_____/

Case No. 4:15-cv-_049-JM_____

Hon. _____

**COMPLAINT AND JURY DEMAND**

R. Michael Azzi (MI Bar No. 74508)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorneys for Plaintiff*

**This case assigned to District Judge** Moody
**and to Magistrate Judge** Volpe

Plaintiff Grace Manufacturing, Inc. brings its Complaint against Defendant Amazon.com, Inc. as follows:

## Nature of the Action

1.    This is an action for counterfeiting, trademark infringement, and unfair competition / false designation or origin under the Lanham Act (15 U.S.C. §§ 1114 & 1125); trademark counterfeiting under the common law of the United States; and deceptive trade practices under Arkansas' Consumer Protection Act.

## The Parties

2.    Plaintiff Grace Manufacturing, Inc. ("Grace") is an Arkansas corporation having its principal place of business in Russellville, Arkansas. Grace is a precision parts manufacturer that provides services and products across a wide range of industries.

1

3.     In addition to being a leader in the precision parts industry more generally, Grace also designs, manufactures, markets, and sells high-quality kitchen tools under the MICROPLANE® trademark and brand-name, including its MICROPLANE® line of zesters and graters.

4.     Upon information and belief, Defendant Amazon.com, Inc. ("Amazon") is a corporation organized and existing under the laws of the State of Delaware having its principal place of business at 410 Terry Ave. North, Seattle, Washington 98109-5210. Amazon's business includes advertising, selling, offering for sale, and distributing various goods via its internet website located at www.amazon.com (the "Site").

<div align="center">**Jurisdiction and Venue**</div>

5.     Jurisdiction over the parties and subject matter of this action is proper in this Court pursuant to 15 U.S.C. § 1121 (actions arising under the Lanham Act), 28 U.S.C. § 1331 (actions arising under the laws of the United States), 28 U.S.C. § 1332(a) (diversity of citizenship between the parties), and § 1338(a) (actions arising under an Act of Congress relating to trademarks).

6.     Upon information and belief, Amazon sells, and offers for sale, goods throughout the United States and has systematic and continuous dealings within this District.

7.     Venue is proper in this District under 28 U.S.C. § 1391.

<div align="center">**Allegations and Claim for Relief**</div>

8.     For many years, Grace has continuously engaged in the development, design, manufacture, and sale of its MICROPLANE® line of graters and zesters, becoming a premiere source for graters and zesters in the competitive kitchen tools market throughout the United States.

<div align="center">2</div>

9.     Grace has taken steps over the years to protect its innovative line of graters and zesters, which has continued to grow and expand since the original MICROPLANE® zester came to market years ago.

10.     Grace is the owner of the following United States Federal Trademark Registrations (hereinafter collectively referred to as the "MICROPLANE® Trademarks"):

| Reg. No. | Mark | Classes | Registration Date |
|---|---|---|---|
| 4193532 | MICROPLANE® | 21 for household utensils, namely, hand operated spice and cheese graters and fruit peel grater used as a zester. | August 21, 2012 |
| 1734414 | MICROPLANE® | 8 for manually-operated chemically etched cutting tools; namely, hacksaw blades, sheet metal files, sheet metal rasps, hand-held carving tools, and shaving blades, all for non-metallic materials | November 24, 1992 |
| 1759478 | MICROPLANE® | 7 for chemically etched cutting tools; namely, food processor blades, rotary-powered cutting/sanding discs and drums. | March 23, 1993 |
| 3376781 | MICROPLANE® | 8 for pedicure implements, namely, foot files. | February 5, 2008 |

Copies of the certificates of registration for the MICROPLANE® Trademarks listed above are attached as Exhibit A.

11.     These registrations are valid, subsisting, in full force and effect.

12.     The registration of the marks constitutes prima facie evidence of their validity and conclusive evidence of Grace's exclusive right to use the MICROPLANE® Trademarks in connection with the goods identified therein and other commercial goods.

13.     The registration of the marks also provides sufficient notice to Amazon of Grace's ownership and exclusive rights in the MICROPLANE® Trademarks.

3

14. The MICROPLANE® Trademarks at issue in this case have been continuously used and have never been abandoned.

15. Grace has expended substantial time, money, and other resources in developing, advertising, and otherwise promoting the MICROPLANE® Trademarks. As a result, products bearing the MICROPLANE® Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being high quality products sourced from Grace.

16. Upon information and belief, Amazon is engaged in advertising, promoting, distributing, selling, and/or offering for sale products bearing logos and source-identifying indicia and design elements that are studied imitations of the MICROPLANE® products and the MICROPLANE® Trademarks (hereinafter the "Counterfeit Products").

17. Amazon has advertised, promoted, distributed, sold, offered for sale, and/or willingly facilitated the sale of counterfeit zesters bearing the MICROPLANE® Trademarks from the Site.

18. By way of example, on or around September 10, 2015, a representative of Grace located a number of sellers selling zesters bearing the MICROPLANE® Trademark on the Site. The representative ordered two zesters from two different sellers on the Site, each purportedly manufactured by Grace and bearing the MICROPLANE® Trademark and each a near exact imitation of Grace's MICROPLANE® zester. Upon closer inspection, it was determined that the zesters were not manufactured by Grace, in that they were made of materials inferior to those used by Grace, and were otherwise not constructed in the quality and manner employed by Grace in the manufacturing of its zesters.

19. On or around September 17, 2015, a representative of Grace ordered six additional zesters from six different sellers bearing the MICROPLANE® Trademark via the Site.

Each of the six additional zesters was also purportedly manufactured by Grace.  Upon closer inspection, it was determined that the zesters were not manufactured by Grace, in that they were made of materials inferior to those used by Grace, and were otherwise not constructed in the quality and manner employed by Grace in the manufacturing of its zesters.

20.     Each of the zesters purchased by a representative of Grace via the Site, and referenced in paragraphs 17 and 18 of this Complaint, was "fulfilled by Amazon," or, in other words, a product that was stored in one of Amazon's warehouses, and distributed directly to the purchaser by Amazon.  Each of the purchased zesters was stored at and distributed by Amazon from either its Lexington, Kentucky or Las Vegas, Nevada warehouse.

21.     Each of the purchased zesters in question featured the MICROPLANE® Trademark and were studied imitations of Grace's MICROPLANE® zester.

22.     At least as early as September 23, 2015, Grace informed Amazon's representatives that counterfeit goods were being offered for sale on the Site, were being stored by Amazon in its warehouses, and being distributed by Amazon to consumers.

23.     Again, on or around September 30, 2015 a representative of Grace purchased a zester bearing the MICROPLANE® Trademark on the Site, which zester was purportedly manufactured by Grace.  While not listed as a product "fulfilled by Amazon," it nonetheless was distributed by Amazon from its Las Vegas, Nevada, warehouse.  Again, upon closer inspection, it was determined that the zester was not manufactured by Grace, in that it was made of materials inferior to those used by Grace, and were otherwise not constructed in the quality and manner employed by Grace in the manufacturing of its zesters.

24.     Grace has repeatedly requested that all sales of MICROPLANE® zesters on the Site be halted until Amazon addresses its distribution and sale of counterfeit MICROPLANE® goods.

25.     Amazon has failed to take adequate affirmative steps to halt the trafficking in counterfeit goods.

26.     Grace is suffering irreparable injury, has suffered substantial damages as a result of Amazon's activities, and has no adequate remedy at law.

## COUNT I: Trademark Counterfeiting, 15 U.S.C. § 1114(1)

27.     Grace incorporates by reference all preceding paragraphs.

28.     Amazon, without authorization from Grace, has used and is continuing to use spurious designations that are identical to, or substantially indistinguishable from, Grace's registered MICROPLANE® Trademarks.

29.     The foregoing acts of Amazon are intended to cause, have cause, and are likely to continue to cause confusion or mistake, or to deceive consumers, the public, and the trade into believing that the Counterfeit Products are genuine or authorized products of Grace.

30.     Upon information and belief, Amazon has acted with knowledge of Grace's ownership of the MICROPLANE® Trademarks and with deliberate intention or willful blindness to unfairly benefit from the incalculable good will inherent in the MICROPLANE® Trademarks.

31.     Amazon's acts constitute trademark counterfeiting in violation of Section 32 of the Lanham Act (15 U.S.C. § 1114).

32.     Upon information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

33.     Amazon's acts have damaged and will continue to damage Grace.

34.     By reason of Amazon's acts, Grace has been irreparably harmed, and unless and until Amazon is enjoined by this Court, Grace will continue to suffer irreparable damage and injury for which it has no adequate remedy at law.

**WHEREFORE**, Grace respectfully requests the following relief:

A.     Judgment that Amazon has violated Sections 32 of the Lanham Act (15 U.S.C. § 1114);

B.     An injunction enjoining preliminarily and permanently restraining Amazon, its officers, agents, employees, and all others acting in concert with it or participating with Amazon from further infringement of the MICROPLANE® Trademark;

C.     An award of statutory damages of $2,000,000 per counterfeit mark per type of good sold, offered for sale, or distributed in accordance with Section 35 of the Lanham Act (15 U.S.C. § 1117), or alternatively, ordering Amazon to account to and pay to Grace all profits realized by their wrongful acts and also awarding Grace its actual damages, and also directing that such profits or actual damages be trebled, in accordance with Section 35 of the Lanham Act (15 U.S.C. § 1117);

D.     Entry of an order awarding Grace its costs, attorney fees, investigatory fees, and expenses to the fullest extent provided by Section 35 of the Lanham Act (15 U.S.C. § 1117);

E.     Entry of an order awarding Grace pre-judgment interest on any damages awarded; and,

F.     Award such other relief as the Court may deem appropriate and just under the circumstances.

### COUNT II: Trademark Infringement, 15 U.S.C. § 1114

35.     Grace incorporates by reference all preceding paragraphs.

36.     Amazon, without authorization from Grace, has used and is continuing to use spurious designations that are identical to, or substantially indistinguishable from, the MICROPLANE® Trademark.

37.     The foregoing acts of Amazon are intended to cause, have caused, and are likely to continue to cause confusion, mistake, and deception among consumers, the public, and the trade as to whether Amazon's Counterfeit Products originate from, or are affiliated with, sponsored by, or endorsed by Grace.

38.     Upon information and belief, Amazon has acted with knowledge of Grace's ownership of the MICROPLANE® Trademarks and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized thereby.

39.     Amazon's acts constitute trademark infringement in violation of Section 32 of the Lanham Act (15 U.S.C. § 1114).

40.     Upon information and belief, Amazon has made and will continue to make substantial profits and gains to which it is not entitled, either in law or in equity.

41.     Upon information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

42.     Amazon's acts have damaged and will continue to damage Grace, and Grace has no adequate remedy at law.

**WHEREFORE**, Grace respectfully requests the following relief:

A.     Judgment that Amazon has violated Sections 32 of the Lanham Act (15 U.S.C. § 1114);

8

B.      An injunction enjoining preliminarily and permanently restraining Amazon, its officers, agents, employees, and all others acting in concert with it or participating with Amazon from further infringement of the MICROPLANE® Trademark;

C.      An award of damages to the fullest extent provided under Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a));

D.      Entry of an order awarding Grace its costs, attorney fees, investigatory fees, and expenses to the fullest extent provided by Section 35 of the Lanham Act (15 U.S.C. § 1117);

E.      Entry of an order awarding Grace pre-judgment interest on any damages awarded; and,

F.      Award such other relief as the Court may deem appropriate and just under the circumstances.

### COUNT III: Unfair Competition / False Designation of Origin, 15 U.S.C. § 1125(a)

43.     Grace incorporates by reference all preceding paragraphs.

44.     Amazon's promotion, advertising, distribution, sale, and/or offering for sale of the Counterfeit Products is intended, and is likely to confuse, mislead, or deceive consumers, the public, and the trade as to the origin, source, sponsorship, or affiliation of the Counterfeit Products, and is intended, and is likely to cause such parties to believe in error that the Counterfeit Products have been authorized, sponsored, approved, endorsed or licensed by Grace.

45.     The foregoing acts of Amazon constitute a false designation of origin, and false and misleading descriptions and representations of fact, all in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

46.     Upon information and belief, Amazon has made and will continue to make substantial profits and gains to which they are not entitled, either in law or in equity.

47.     Upon information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

48.     Amazon's acts have damaged and will continue to damage Grace, and Grace has no adequate remedy at law.

**WHEREFORE**, Grace respectfully requests the following relief:

A.      Judgment that Amazon has violated Sections 32 of the Lanham Act (15 U.S.C. § 1114);

B.      An injunction enjoining preliminarily and permanently restraining Amazon, its officers, agents, employees, and all others acting in concert with it or participating with Amazon from further infringement of the MICROPLANE® Trademark;

C.      An award of damages to the fullest extent provided under Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a));

D.      Entry of an order awarding Grace its costs, attorney fees, investigatory fees, and expenses to the fullest extent provided by Section 35 of the Lanham Act (15 U.S.C. § 1117);

E.      Entry of an order awarding Grace pre-judgment interest on any damages awarded; and,

F.      Award such other relief as the Court may deem appropriate and just under the circumstances.

## COUNT IV: Common Law Trademark Infringement

49.     Grace incorporates by reference all preceding paragraphs.

50.     Amazon's promotion, advertising, distribution, sale, and/or offering for the Counterfeit Products is intended, and is likely to confuse, mislead, or deceive consumers, the public, and the trade as to the origin, source, sponsorship, or affiliation of the Counterfeit

10

Products, and is intended, and is likely to cause such parties to believe in error that the Counterfeit Products have been authorized, sponsored, approved, endorsed or licensed by Grace.

51.     Amazon's acts constitutes misappropriation for itself the commercial value of the MICROPLANE® mark, and for its own benefit, is unfairly trading on the valuable goodwill, business property and reputation developed by Grace and in Grace's exclusive use of the MICROPLANE® mark.

52.     Amazon's acts constitute infringement in violation of Grace's rights under the common law of the State of Arkansas.

53.     Upon information and belief, Amazon's infringement of the MICROPLANE® mark is willful and deliberate.

54.     Upon information and belief, Amazon has made and will continue to make substantial profits and gains to which they are not entitled, either in law or in equity.

55.     Upon information and belief, Amazon intends to continue its infringing acts, unless restrained by this Court.

56.     Amazon's acts have damaged and will continue to damage Grace, and Grace has no adequate remedy at law.

**WHEREFORE**, Grace respectfully requests the following relief:

A.     Judgment that Amazon has violated Grace's common law trademark rights in the MICROPLANE® mark;

B.     An injunction enjoining preliminarily and permanently restraining Amazon, its officers, agents, employees, and all others acting in concert with it or participating with Amazon from further infringement of the MICROPLANE® Trademark;

C.     An award of damages to the fullest extent provided under Arkansas common law, including Grace's costs and attorney fees; and

D.     Award such other relief as the Court may deem appropriate and just under the circumstances.

## COUNT V: Arkansas Deceptive Trade Practices Act

1.     Grace incorporates by reference all preceding paragraphs.

2.     Amazon's promotion, advertising, distribution, sale, and/or offering for the Counterfeit Products constitutes a knowing false representation as to the source, sponsorship, approval and quality of the Counterfeit Products, as Grace has put Amazon on notice of the Counterfeit Products, but upon information and belief the sale of these Counterfeit Products continues.

3.     Amazon's acts have damaged and will continue to damage Grace, and Grace has no adequate remedy at law.

4.     Amazon's acts as alleged herein constitute violations of the Arkansas Deceptive Trade Practices Act, 2010 Arkansas Code § 4-88-107.

**WHEREFORE**, Grace respectfully requests the following relief:

A.     Judgment that Amazon has violated the Arkansas Deceptive Trade Practices Act, 2010 Arkansas Code § 4-88-107;

B.     An injunction enjoining preliminarily and permanently restraining Amazon, its officers, agents, employees, and all others acting in concert with it or participating with Amazon from further infringement of the MICROPLANE® Trademark;

C.     An award of damages to the fullest extent provided under Arkansas law, including Grace's costs and attorney fees; and

12

D.      Award such other relief as the Court may deem appropriate and just under the

circumstances.

## **DEMAND FOR JURY TRIAL**

Grace demands a trial by jury.

Respectfully submitted,

Dated: October 19, 2015

R. Michael Azzi (P74508)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorneys for Plaintiff*

13

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz
alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Oct 19 03:21:03 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROPLANE

| | |
|---|---|
| **Word Mark** | MICROPLANE |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: household utensils, namely, hand operated spice and cheese graters and fruit peel grater used as a zester. FIRST USE: 20001214. FIRST USE IN COMMERCE: 20001214 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85462243 |
| **Filing Date** | November 2, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | June 5, 2012 |

| | |
|---|---|
| **Opposition** | |
| **Registration Number** | 4193532 |
| **Registration Date** | August 21, 2012 |
| **Owner** | (REGISTRANT) GRACE MANUFACTURING INC. CORPORATION ARKANSAS 614 SR 247 Russellville ARKANSAS 728128408 |
| **Attorney of Record** | Dennis B. Haase |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    Browse Dict    SEARCH OG    TOP    HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

Javascript required to view site-wide navigation bar. &gt;&gt; <a href="http://www.uspto.gov/sitenav.htm">View Alternative Site Navigation</a>

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Oct 19 03:21:03 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| **Word Mark** | MICROPLANE |
|---|---|
| **Goods and Services** | IC 008. US 023. G & S: manually-operated chemically etched cutting tools; namely, hacksaw blades, sheet metal files, sheet metal rasps, hand-held carving tools, and shaving blades, all for non-metallic materials. FIRST USE: 19910726. FIRST USE IN COMMERCE: 19910726 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74235671 |
| **Filing Date** | January 7, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 1, 1992 |
| | **1734414** |

| | |
|---|---|
| **Registration Number** | |
| **International Registration Number** | 0928014 |
| **Registration Date** | November 24, 1992 |
| **Owner** | (REGISTRANT) GRACE MANUFACTURING, INC. CORPORATION ARKANSAS 614 SR 247 RUSSELLVILLE ARKANSAS 72802 |
| **Attorney of Record** | DENNIS B. HAASE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120626. |
| **Renewal** | 2ND RENEWAL 20120626 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Oct 19 03:21:03 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

☐ Logout ☐ Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| **Word Mark** | MICROPLANE |
|---|---|
| **Goods and Services** | IC 007. US 023. G & S: chemically etched cutting tools; namely, food processor blades, rotary-powered cutting/sanding discs and drums. FIRST USE: 19920210. FIRST USE IN COMMERCE: 19920501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74287662 |
| **Filing Date** | June 22, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 1992 |
| **Registration Number** | 1759478 |
| **Registration Date** | March 23, 1993 |
| **Owner** | (REGISTRANT) GRACE MANUFACTURING, INC. CORPORATION ARKANSAS 614 SR 247 RUSSELLVILLE ARKANSAS 72802 |
| **Attorney of** | DENNIS B. HAASE |

| | |
|---|---|
| **Record** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121117. |
| **Renewal** | 2ND RENEWAL 20121117 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Oct 19 03:21:03 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout　Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

# MICROPLANE

| | |
|---|---|
| **Word Mark** | MICROPLANE |
| **Goods and Services** | IC 008. US 023 028 044. G & S: pedicure implements, namely, foot files. FIRST USE: 20040415. FIRST USE IN COMMERCE: 20040415 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76671956 |
| **Filing Date** | January 29, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 20, 2007 |
| **Registration Number** | **3376781** |
| **International Registration Number** | 0969882 |

**Registration Date** February 5, 2008

**Owner** (REGISTRANT) Grace Manufacturing Inc. CORPORATION ARKANSAS
614 SR 247 Russellville ARKANSAS 728128408

**Attorney of Record** DENNIS B. HAASE

**Prior Registrations** 1734414;1759478

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY