IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| GRACE MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v <br><br> AMAZON.COM, INC., <br><br> Defendant. | 4:15-cv-00649-JM <br><br> JURY TRIAL DEMANDED |

## ANSWER AND DEFENSES OF AMAZON.COM, INC. TO PLAINTIFF'S COMPLAINT

Defendant Amazon.com, Inc. ("Amazon") answers the complaint of plaintiff Grace Manufacturing, Inc. ("Grace") as follows:

1. Amazon denies the allegations in paragraph 1 of the complaint.

2. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the complaint.

3. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the complaint.

4. Amazon.com, Inc. admits that it is a Delaware corporation with its principal place of business located at 410 Terry Avenue North, Seattle, Washington 98109-5210, with business activities in many parts of the world and on the World Wide Web (including at amazon.com).

5. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the complaint.

6. Amazon admits that it sells and offers for sale various goods in the United States. Amazon denies any remaining allegations of paragraph 6 of the complaint.

7. Denied.

8.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the complaint.

9.      Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the complaint.

10.     Amazon admits that Exhibit A purports to be a copies of certificates of registration for the MICROPLANE® Trademarks (Trademark Reg. Nos. 4193532, 1734414, 1759478, and 3376781). Amazon denies any remaining allegations in paragraph 10 of the complaint.

11.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the complaint

12.     Denied.

13.     Denied.

14.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the complaint.

15.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the complaint.

16.     Denied.

17.     Denied.

18.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the complaint.

19.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the complaint.

20. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 of the complaint.

21. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21 of the complaint.

22. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 of the complaint.

23. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23 of the complaint.

24. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24 of the complaint.

25. Denied.

26. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the complaint. Amazon denies any remaining allegations in paragraph 26 of the complaint.

27. Amazon incorporates its responses above, as though fully set forth here.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Amazon incorporates its responses above, as though fully set forth here.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Amazon incorporates its responses above, as though fully set forth here.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Amazon incorporates its responses above, as though fully set forth here.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

1. [sic, 57.] In response to the allegations in this paragraph (misnumbered to restart at with 1), Amazon incorporates its responses above, as though fully set forth here.

2. [sic, 58.] Denied.

3. [sic, 59.] Denied.

4. [sic, 60.] Denied.

## GENERAL DENIAL

61. Except as expressly admitted herein, Amazon denies each and every allegation of plaintiff's complaint.

## ADDITIONAL DEFENSES

Further answering and as additional defenses, Amazon states the following without admitting any allegation of the complaint not otherwise admitted and without assuming the burden of proving any fact that is otherwise plaintiff's burden to prove. Amazon reserves the right to amend or augment these defenses based on further investigation and discovery.

## FIRST DEFENSE
### (Non-Infringement)

1. Amazon does not infringe and has not infringed, either literally or under the doctrine of equivalents, directly or indirectly Trademark Reg. No. 4,193,532, Trademark Reg. No. 1,734,414, Trademark Reg. No. 1,759,478, or Trademark Reg. No. 3,376,781.

## SECOND DEFENSE
### (Non-Trademark Use)

2. One or more of the asserted trademarks comprises terms that can be used in a descriptive, non-trademark manner.

## THIRD DEFENSE
### (Alleged Damages Limited)

3. Plaintiff fails to state a claim upon which relief may be granted.

## FOURTH DEFENSE
### (Failure to State Sufficient Facts to Constitute Claims)

4. Some or all of plaintiff's claims for damages are statutorily barred.

## FIFTH DEFENSE
### (Failure to Mitigate Damages)

5. Plaintiffs' claims are barred, in whole or in part, by its failure to mitigate damages.

## SIXTH DEFENSE
### (Injunctive Relief Unavailable)

6. Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable, and Plaintiff has an adequate remedy at law.

## SEVENTH DEFENSE
### (Preemption)

7. Plaintiffs' purported claim under the Arkansas Deceptive Trade Practices Act is preempted.

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for the following relief:

A. A judgment dismissing plaintiffs' complaint in its entirety, with prejudice, and finding that plaintiffs recover nothing thereon;

B. A judgment declaring that none of the asserted trademarks has been infringed by Amazon;

C. A judgment awarding Amazon its costs (including expert fees), disbursements, and reasonable attorneys' fees in this action; and

D. Such further relief to Amazon as is just and proper.

## DEMAND FOR A JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Amazon hereby demands a jury trial on all issues so triable.

Respectfully submitted,

May 17, 2016          By:     /s/ Keith M. McPherson
                              Keith M. McPherson
                              Ark. Bar No. 91194
                              Watts, Donovan & Tilley, P.A.
                              Arkansas Capital Commerce Center
                              200 River Market Avenue, Suite 200
                              Little Rock, AR 72201-1769
                              Phone: 501-372-1406
                              Fax: 501-372-1209
                              keith.mcpherson@wdt-law.com

                              Counsel for Defendant
                              AMAZON.COM, INC.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Via Email: mazzi@wnj.com

R. Michael Azzi
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
Telephone: (616) 752-2000
Fax: (616) 752-2500

Attorney for Plaintiff
GRACE MANUFACTURING, INC.

/s/ Keith M. McPherson
Keith M. McPherson